UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY MCNEW, <br><br> Defendant. | CASE NO. 2:21-cr-130 <br><br> JUDGE SARGUS <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 922(g)(1) <br> 18 U.S.C. § 924(a) <br> **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about June 10, 2021, in the Southern District of Ohio, the defendant, **TIMOTHY MCNEW**, knowing at that time that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, ammunition, specifically, Remington 9mm Luger ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a).**

## FORFEITURE ALLEGATION

The allegations of Count One of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense alleged in Count One of the Indictment, the defendant, **TIMOTHY MCNEW**, shall forfeit to the United States all ammunition used and/or possessed in violation of such offenses, including but not limited to: Remington 9mm Luger ammunition, seized on June 10, 2021.

> **Forfeiture in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

s/Foreperson
**FOREPERSON**

**VIPAL J. PATEL**
**Acting United States Attorney**

**NICOLE PAKIZ**
**Assistant U.S. Attorney**